# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CROWN CASTLE NG EAST LLC AND
PENNSYLVANIA-CLE LLC,

             Respondents

        v.

PENNSYLVANIA PUBLIC UTILITY
COMMISSION,

             Petitioner

: No. 447 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1) Did the Commonwealth Court err in holding, based on its misinterpretation and misapplication of a federal court case, that the PUC was not entitled to deference as to its expert interpretation of its enabling statute?

(2) On a question of first impression involving the jurisdictional status of operators of Distributed Antenna Systems, did the Commonwealth Court commit an error of law by determining that the PUC's interpretation of the definition of "public utility" and the statutory exclusion for wireless service was inconsistent with the statutory language and rules of statutory construction?

(3) Did the Commonwealth Court commit an error of law by determining that the Commission's finding that Distributed Antenna Systems are not jurisdictional public utilities was inconsistent with the Commonwealth Court's precedent and federal law?